NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BRIAN MATTHEW CRANE,                    )
                                        )
          Appellant,                    )
                                        )
v.                                      )          Case No.  2D17-4688
                                        )
STATE OF FLORIDA,                       )
                                        )
          Appellee.                     )
                                        )
_____)

Opinion filed November 27, 2019.

Appeal from the Circuit Court for
Hillsborough County; Nick Nazaretian
and Rex M. Barbas, Judges.

Bryant R. Camareno of Bryant R.
Camareno, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Blain A. Goff, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, SILBERMAN, and ATKINSON, JJ., Concur.